UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OPTIMUM STRATEGIES FUND I, LP,<br><br>               *Plaintiff*,<br><br>   v.<br><br>UNITED STATES OIL FUND, LP and UNITED STATES COMMODITY FUND, LLC,<br><br>               *Defendants*. | Case No.: 3:22-cv-00511-MPS |

**CONSENT MOTION TO EXTEND TIME FOR DEFENDANTS
UNITED STATES OIL FUND, LP AND UNITED STATES COMMODITY FUND, LLC
TO ANSWER OR OTHERWISE PLEAD**

Defendants United States Oil Fund, LP and United States Commodity Fund, LLC ("Defendants") hereby move, with the consent of Plaintiff Optimum Strategies Fund I, LP ("Plaintiff"), for an extension of Defendants' deadline to answer or otherwise plead in response to Plaintiff's Second Amended Complaint. This is Defendants' second request for an extension of time. The Plaintiff's Second Amended Complaint was filed on April 18, 2022 (ECF 12), and Defendants' current deadline to respond is June 28, 2022 (ECF 9).

The parties believe that a delay in active litigation of this matter may potentially help facilitate a resolution of Plaintiff's claims and avoid expenditure of unnecessary resources by the parties and the Court in connection with motion practice. Therefore, Defendants, with Plaintiff's consent, request an extension of Defendants' deadline to respond to the Second Amended Complaint through August 26, 2022.

Pursuant to the automatic stay of discovery and other proceedings imposed by 15 U.S.C. § 78u-4(b)(3)(B) during the pendency of any motion to dismiss, the parties intend to submit a Rule 26(f) report following the resolution of any motion to dismiss filed by Defendants.

1

Therefore, Defendants, with Plaintiff's consent, request an extension of time for Defendants to respond to the Second Amended Complaint through August 26, 2022.

Dated: June 22, 2022

FINN DIXON & HERLING LLP

By: /s/ David R. Allen
    Andrew M. Calamari (ct16475)
    David R. Allen (ct30827)
    Finn Dixon & Herling LLP
    Six Landmark Square
    Stamford, CT 06901-2704
    Tel: (203) 325-5000
    acalamari@fdh.com
    dallen@fdh.com

ROPES & GRAY LLP

    Amy D. Roy (phv20656)
    Robert A. Skinner (phv01806)
    Jessica M. Bergin (phv20657)
    Ropes & Gray LLP
    Prudential Tower
    800 Boylston Street
    Boston, MA 02199
    Tel: (617) 951-7560
    Amy.roy@ropesgray.com
    Robert.skinner@ropesgray.com
    Jessica.bergin@ropesgray.com

*Attorneys for United States Oil Fund, LP and United States Commodity Fund, LLC*

**CERTIFICATION**

    I hereby certify that on June 22, 2022 a copy of the foregoing Motion was filed electronically through the Court's electronic filing system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

                                       /s/ David R. Allen
                                       David R. Allen (ct30827)
                                       FINN DIXON & HERLING LLP
                                       Six Landmark Square
                                       Stamford, CT  06901-2704
                                       Tel: (203) 325-5000
                                       Fax: (203) 325-5003
                                       E-mail: dallen@fdh.com