UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

OPTIMUM STRATEGIES FUND I, LP

v.

CASE NO. 3:22cv511(MPS)

UNITED STATES OIL FUND, LP
UNITED STATES COMMODITY FUND, LLC

# JUDGMENT

This action having come on for consideration of the defendants' motion to dismiss before the Honorable Michael P. Shea, United States District Judge, and

The Court having considered the motion and the full record of the case including applicable principles of law, and having filed its ruling on March 15, 2023, granting the motion, it is therefore

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants dismissing the case.

Dated at Hartford, Connecticut, this 16th day of March 2023.

DINAH MILTON KINNEY, Clerk

By /s/
Devorah Johnson

Deputy Clerk

EOD 3/16/23